United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| ROSE MARIE PENA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 6:19-CV-00028 |
| | § | |
| UNUM LIFE INSURANCE COMPANY | § | |
| AKA UNUM, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Rose Marie Pena ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") (together, the "Parties") have announced to the Court that the matters in controversy between and among them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Stipulation of Dismissal with Prejudice filed by the Parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable in the lawsuit are DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees and court costs be borne by the party incurring them.

Signed this  12th  day of  November , 2021.

_Drew B Tipton_
JUDGE PRESIDING

**AGREED TO AND APPROVED:**

By:  /s/ Mark A. Di Carlo
     Mark A. Di Carlo
     State Bar. No. 05812510
     mark@markdicarlo.com

Attorney at Law
La Solana Building
722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 887-6400 (Facsimile)

ATTORNEYS FOR PLAINTIFF
ROSE MARIE PENA


By:  /s/ Dennis M. Lynch
     Dennis M. Lynch
     State Bar No. 90001506
     S.D. No. 23163
     dennis.lynch@figdav.com
     Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA